# IN THE SUPREME COURT OF TEXAS

No. 21-0642

BRAZOS RIVER AUTHORITY AND THE STATE OF TEXAS, PETITIONERS

v.

CITY OF HOUSTON AND SYLVESTER TURNER, IN HIS OFFICIAL CAPACITY AS
MAYOR OF THE CITY OF HOUSTON

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS

**ORDERED:**

1.      Pursuant to Texas Rule of Appellate Procedure 56.3, after granting the petition for review and without hearing oral argument or considering the merits, the Court vacates the court of appeals' judgment and dismisses the case as moot.

2.      Because the State was not a party to the settlement and the issues presented may be of consequence in other contexts, the Court vacates the court of appeals' opinion. *See Morath v. Lewis*, 601 S.W.3d 785, 792 (Tex. 2020).

Done at the City of Austin, this Friday, September 2, 2022.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK